

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:12-cv-00548

CHARLENE RAIFORD,

    Plaintiff,

v.

NORTH CAROLINA CENTRAL UNIVERSITY, through the BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA and RAYMOND PIERCE, LAUREN COLLINS, and NICHELE PERRY in their individual capacities.

    Defendants.

PLAINTIFF'S RULE 26(f) REPORT

1. Pursuant to Federal Rule of Civil Procedure 26(f), LR 16.1, and LR 26.1, a meeting was held by telephone conference on December 14, 2012, and was attended by Vince de la Cruz for Plaintiff and Kimberly D. Potter for Defendants.

2. Discovery Plan. The undersigned party proposes to the Court the following discovery plan:

Discovery will be needed on the following subject:

> Whether Defendants violated Plaintiff's rights pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., as amended; the Age Discrimination in Employment Act, 29 U.S.C. § 1983; 42 U.S.C. § 1981; and the Equal Protection Clause of the Constitution of the United States.

Discovery shall be placed on a case-management track established in LR 26.1. The undersigned party proposes that the appropriate plan for this case is that designated in LR 26.1(a) as "Standard." The date for the completion of all discovery (general and expert) is April 18, 2013.

3. Mediation.

Mediation should be conducted early during the discovery period, with the exact date to be set by the mediator after consultation with the parties.

4. Other Items.

Plaintiff should be allowed until January 15, 2013 to request leave to join additional parties or amend pleadings.

Defendants should be allowed until January 15, 2013 to request leave to join additional parties or amend pleadings.

After these dates, the Court will consider, *inter alia*, whether the granting of leave would delay trial.

The parties have discussed special procedures for managing this case, including reference of the case to a magistrate judge on consent of the parties under 28 U.S.C. 636(c), or appointment of a master: Plaintiff does not consent to magistrate jurisdiction over the present case.

5. Trial of This Action.

The parties expect the trial of this case to take approximately three (3) days. A jury trial has been demanded.

Respectfully submitted, this 17th day of December, 2012.

| | |
|---|---|
| /s/ Lee Andrews | /s/Vince de la Cruz |
| Lee Andrews | Vince de la Cruz |
| North Carolina Bar No. 105 | GA Bar No. 466880 |
| P.O Box 21472 | FL Bar No. 0490830 |
| Greensboro, NC 274020 | Melville Johnson, P.C. |
| Tele: 336.378.0524 | 22 Seventh St. NE |
| Lee_andrews@bellsouth.net | Atlanta, GA 30308 |
| | Tele: (404) 724-0000 |
| Counsel for Plaintiff | Fax: (404) 724-0040 |
| | vdelacruz@melvillejohnson.com |
| | |
| | Counsel for Plaintiff |

-2-

# CERTIFICATE OF SERVICE

I certify that the foregoing **RULE 26(f) REPORT** was served upon the following by fax, mail, and electronic mail on December 17, 2012:

> Kimberly D. Potter
> Special Deputy Attorney General
> N.C. Department of Justice
> P.O. Box 629
> Raleigh, N.C. 27602-0629
> Fax: 919-716-6764
> Email: kpotter@ncdoj.gov

This 17th day of December, 2012.

_____
Lee Andrews
North Carolina Bar No. 105
P.O Box 21472
Greensboro, NC 274020
Tele: 336.378.0524
Lee_andrews@bellsouth.net

Counsel for Plaintiff

/s/Vince de la Cruz
Vince de la Cruz
GA Bar No. 466880
FL Bar No. 0490830
Melville Johnson, P.C.
22 Seventh St. NE
Atlanta, GA 30308
Tele: (404) 724-0000
Fax: (404) 724-0040
vdelacruz@melvillejohnson.com

Counsel for Plaintiff

-3-

Case 1:12-cv-00548-NCT-JEP   Document 25   Filed 12/17/12   Page 3 of 3