UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHARLENE RAIFORD, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CIVIL CASE NO. 1:12-cv-00548 |
| NORTH CAROLINA CENTRAL UNIVERSITY, through the BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA and RAYMOND PIERCE, LAUREN COLLINS, and NICHELE PERRY in their individual capacities. | ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | Document Electronically Filed |

MOTION TO WITHDRAW AS COUNSEL

COMES NOW Plaintiff, Ms. Charlene Raiford, by and through the undersigned counsel, and respectfully moves to withdraw as counsel the law firm Melville Johnson, P.C. and *pro hac vice* Attorney Vicente de la Cruz of the same.

On Wednesday, January 9, 2013, Ms. Raiford terminated the services of Melville Johnson, P.C. Ms. Raiford, however, has chosen to retain local counsel, Mr. Lee Andrews. Furthermore, Ms. Raiford has retained Mr. Shaun Southworth of Southworth P.C. as new counsel. Mr. Southworth, formerly of Melville Johnson, P.C., is no longer associated with this firm. Mr. Southworth's contact information is:

> Shaun Southworth
> Southworth, P.C.
> 1100 Peachtree Street NE
> Suite 200
> Atlanta, GA 30309
> Phone: 404-585-8095
> Fax: 404-393-4129

WHEREFORE, Plaintiff respectfully requests this Honorable Court to accept Mr. de la Cruz and the firm's Motion to Withdraw as Counsel in the United States District Court of the Middle District of North Carolina in the above-captioned matter.

Respectfully submitted this 10th day of January, 2013.

/s/ Lee Andrews
Lee Andrews
North Carolina Bar No. 105
PO Box 21472
Greensboro, NC 27420
Phone: 336-378-0533
Fax: 336-378-0462

MELVILLE JOHNSON, P.C.

/s/ Vicente de la Cruz
Vicente de la Cruz
Georgia Bar No. 466880
Florida Bar No. 0490830
22 Seventh Street NE
Atlanta, GA 30308
Phone: 404-724-0000
Fax: 404-724-0040
*(Pro hac vice)*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

_____

| | |
|---|---|
| CHARLENE RAIFORD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL CASE NO. 1:12-cv-00548 |
| ) | |
| NORTH CAROLINA CENTRAL ) | |
| UNIVERSITY, through the BOARD ) | |
| OF GOVERNORS OF THE ) | |
| UNIVERSITY OF NORTH ) | |
| CAROLINA and RAYMOND ) | |
| PIERCE, LAUREN COLLINS, and ) | |
| NICHELE PERRY in their individual ) | |
| capacities. ) | |
| Defendants ) | Document Electronically Filed |
| _____) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 10th day of January, 2013, I electronically filed the foregoing Motion to Withdraw as Counsel using the CM/ECF system which will automatically send an email notification of such filing to the following attorneys:

>       Kimberly D. Potter
>       N.C. Department of Justice
>       Education Section
>       P.O. Box 629
>       Raleigh, NC 27602
>       Phone: 919-716-6920
>       Fax: 919-716-6764

Respectfully submitted.

>       /s/ Lee Andrews
>       Lee Andrews
>       North Carolina Bar No. 105
>       PO Box 21472
>       Greensboro, NC 27420
>       Phone: 336-378-0533
>       Fax: 336-378-0462

MELVILLE JOHNSON, P.C.

/s/ Vicente de la Cruz
Vicente de la Cruz
Georgia Bar No. 466880
Florida Bar No. 0490830
22 Seventh Street NE
Atlanta, GA 30308
Phone: 404-724-0000
Fax: 404-724-0040
*(Pro hac vice)*